**Order entered February 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00878-CV

### IN THE ESTATE OF GARY WAYNE LUNA, Deceased

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-15-04253-1**

## ORDER

The clerk's record in this case is overdue. By order dated October 31, 2016, we ordered the Dallas County Clerk to file either the clerk's record or written verification that appellants have not paid for or made arrangements to pay for the record within ten days. On November 4, 2016, we notified the Dallas County Clerk's office that the document it attempted to file was not filed because it was not text-searchable and not bookmarked as required by the Texas Rules of Appellate Procedure. To date, the clerk's record has not been filed and the Dallas County Clerk's office has not communicated with the Court regarding the clerk's record in this appeal.

Accordingly, we **ORDER** the Dallas County Clerk to file the clerk's record **within TEN DAYS** of the date of this order. *We notify appellants that if we receive verification they have not paid for or made arrangements to pay for the clerk's record we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

John Warren
Dallas County Clerk

All parties

         /s/     ELIZABETH LANG-MIERS
                 JUSTICE